JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel, ADVENTIST HEALTH SYSTEM/WEST, et al., <br>    Plaintiff/Relator, <br><br> v. <br><br> ABBVIE, INC., et al., <br>    Defendants. | 2:21-cv-4249-DSF-SKx <br><br> JUDGMENT |

The Court having granted a motion to dismiss without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff/Relator take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 21, 2024

Dale S. Fischer
United States District Judge